No. 2,075.—ANNIE M. HYNES, RESPONDENT, *v.* FRANK E. BARNES, CONSTABLE, APPELLANT.

*Appeal from District Court, Granite County; Welling Napton, Judge.*

On motion to dismiss appeal.

Decided September 30, 1904.

PER CURIAM.—Upon motion of the respondent herein this appeal is hereby dismissed.

*Mr. D. M. Durfee,* and *Mr. J. Shull,* for Appellant.

*Mr. Geo. A. Maywood,* for Respondent.